UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                    Plaintiff,

                    v.

SELES VARIN,

                                   Defendant.
_____

                                    DECISION AND ORDER

                                    09-CR-6230L

By letter, defendant Seles Varin ("Varin") moves for early termination of supervised release (Dkt. #33). Varin was sentenced to 60 months imprisonment in 2011, followed by eight years of supervised release after pleading guilty to receiving child pornography. Defendant is scheduled to complete this term of supervised release in August 2023.

Probation has filed its Response (Dkt. #34) to the request and opposes it. The Probation Office notes that there have been several modifications and additions of special conditions and, furthermore, that The Judiciary Guide concerning early termination directs that an offender who has committed a sex offense should not be considered for early termination.

Although Varin has not had any major issues concerning new criminal conduct and has served several years on supervised release, the Court believed at the time of sentencing that an eight-year term was appropriate and I see no reason to change that opinion now.

## CONCLUSION

Defendant Seles Varin's letter motion (Dkt. #33) for early termination of supervised release is in all respects DENIED.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
June 15, 2022.